# UNITED STATES OF AMERICA
## SOUTHERN DISTRICT OF FLORIDA
### MINUTES - SENTENCING

Case No. 21-20364-CR-KING                    Date: September 15, 2022
                                             Judge: James Lawrence King

Defendant: **Stanislav Rodriguez**           Defense counsel: Ian McDonald, AFPD
AUSA: James Ustynoski
U.S. Probation: Andrew McDougan

**JUDGMENT AND SENTENCE**

|         | YEARS | MONTHS | DAYS | TIME SERVED |
|---------|-------|--------|------|-------------|
| Count I |       | 23     |      |             |

**With no credit time served**

( ) Defendant given credit for time served
( ) CONCURRENT ( ) CONSECUTIVE
(**X**) Assessment $ 100.00
( ) Fine: (X) none imposed   $0
( ) The court orders restitution in the amount of
( ) Count remaining
(X) Forfeiture Entered

**(X) SUPERVISED RELEASE**
**( ) PROBATION**

|         | YEARS |
|---------|-------|
| Count I | 3     |

(X) If deported, the defendant shall not re-enter the U.S. without permission of Attorney General
( ) Home confinement
( ) CONCURRENT ( ) CONSECUTIVE ( ) Self Employment Restriction
( ) In-Patient Substance Abuse Treatment Program  ( ) Financial Disclosure  (X) Permissible Search ( ) Mental Health Treatment  ( ) IRS Cooperation ( ) Healthcare Business Related Restrictions
(**X**) Unpaid Restitution, fines and special assessment if any;  ( ) 50 hours Community Service ( ) No New Debt Restriction  ( ) Relinquishment of License

**CUSTODY**
(X) The defendant remanded to custody of the U.S. Marshal
( ) Defendant released on bond pending appeal
( ) The defendant shall surrender for service of sentence on:
(X) The court recommends: Defendant to be housed as close to South Florida as possible
( ) The court recommends participation in a BOP drug/alcohol treatment program during term of incarceration.

**RIGHT TO AN APPEAL GIVEN OPEN COURT**

■    The Court hereby Adopts the R&R and Adjudicate the defendant Guilty as to Count I of the Indictment

Courtroom Deputy: Octavia Green
Court Reporter: Glenda Powers